IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DONNA I. BERRY     PLAINTIFF

v.     Civil No. 05-5089

JO ANNE B. BARNHART, Commissioner,
Social Security Administration     DEFENDANT

## J U D G M E N T

Now on this 20th day of June, 2006, comes on for consideration the Report and Recommendation dated May 30, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner and remands this case for further proceedings.

*Jimm Larry Hendren*
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)